This is to advise that on May 6, 2010

Judge Evan J. Wallach

Issued CONFIDENTIAL Slip Opinion 10-50

In action

Ct. No. 09-00034

KYD, INC.,

(Plaintiff,)

v.

United States,
(Defendant,)

and

POLYTHYLENE RETAIL CARRIER,
BAG COMMITTEE, HILEX POLY CO.,
LLC, and SUPERBAG CORPORATION
(Defendant-Intervenors.)