This is to advise that on April 28, 2011

Judge Evan J. Wallach

Issued CONFIDENTIAL Slip Opinion 11-49

In action

Ct. No. 09-00034

KYD, Inc.,
(Plaintiff,)

v.

United States,
(Defendant,)

and

Polyethylene Retail Carrier Bag
Committee, Hilex Poly Co., LLC, and
Superbag Corporation,
(Defendant-Intervenors.)